ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Federal Defendants
The Presidio Trust and the United States

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES BREGAN, et al., | CASE NO. 3:23-CV-1823-LB |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULES AND CONTINUE CASE MANAGEMENT CONFERENCE** |
| THE JOHN STUART COMPANY, et al., | |
| Defendants. | |

    Subject to the Court's approval, Plaintiffs, Defendant Enterprise Roofing Service ("Enterprise"), and Defendants the Presidio Trust, Mark Feickert, Van Cornwell, and the United States ("Federal Defendants"), through their undersigned counsel of record, hereby stipulate as follows:

    1. Plaintiffs will file their response(s) to Enterprise's Motion to Dismiss, ECF No. 15, and Federal Defendants' Motion to Dismiss, ECF No. 17, by July 27, 2023.

    2. Enterprise and Federal Defendants will file their replies in support of their respective Motions to Dismiss by August 10, 2023.

    3. A hearing will be held on August 24, 2023, at 9:30 a.m.

    Additionally, pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for August

3, 2023, *see* ECF No. 11, and all associated deadlines, until September 14, 2023, at 11:00 a.m.

The parties request this change to the briefing schedule to accommodate counsel's previously scheduled vacation and to the Case Management Conference date because Enterprise and Federal Defendants' motions to dismiss are likely to remain pending on August 3, and the parties respectfully suggest that a case management conference will be more productive after the pleadings are settled.

This is the parties' third joint request to modify the schedule in this case. *See* Declaration of Adrienne Zack ¶ 3. The requested modification will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages. Zack Decl. ¶ 4.

DATED: June 23, 2023

*/s/ Gregory J. Brod*[1]
GREGORY J. BROD
Brod Law Firm, P.C.

Attorney for Plaintiffs

*/s/ David S. Webster*[1]
DAVID S. WEBSTER
NANCY A. MCPHERSON
Wood Smith Henning & Berman LLP

Attorneys for Defendant Enterprise Roofing Services

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for the Federal Defendants

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Jt. Stip. To Extend MTD Briefing Sched. & Cont. CMC
Case No. 3:23-cv-1823-LB

**ORDER AS MODIFIED**

Pursuant to stipulation, IT IS SO ORDERED.

1. Plaintiffs will file their response(s) to Enterprise's Motion to Dismiss, ECF No. 15, and Federal Defendants' Motion to Dismiss, ECF No. 16, by July 27, 2023.
2. Enterprise and Federal Defendants will file their replies in support of their respective Motions to Dismiss by August 10, 2023.
3. A hearing will be held on August 24, 2023, at 9:30 a.m.

The Initial Case Management Conference is continued until October 12, 2023, at 11:00 a.m.

DATED: June 29, 2023

_____
THE HON. LAUREL BEELER
United States Magistrate Judge